# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2426

_____

Brock Fredin

*Plaintiff - Appellant*

v.

Grace Elizabeth Miller; Catherine Schaefer; Lindsey Middlecamp; David
Middlecamp; Peter Mayer; David Green; Dorsey & Whitney

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: March 11, 2021
Filed: March 16, 2021
[Unpublished]

_____

Before SHEPHERD, MELLOY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Brock Fredin appeals the district court's[1] dismissal of his diversity action sounding in tort. Upon careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (grant of motion to dismiss for failure to state claim under Fed. R. Civ. P. 12(b)(6) is reviewed de novo); see also Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (complaint must contain sufficient facts to state claim that is plausible on its face; claim is plausible when plaintiff pleads factual content allowing court to draw reasonable inference that defendant is liable for alleged misconduct); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (factual allegations must show entitlement to relief beyond speculative level; mere conclusions and formulaic recitation of elements do not suffice).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.